**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

March 17, 2008

**SCHEDULING ORDER**
08CV884(CLB)(LMS)

Alan J. Pomper
93 Normandy Road  Floor 2
Yonkers, NY 10701

MAR 17 2008

Michael George Mc Auliffe
Law Offices of Michael G. Mc Auliffe, Esq
48 South Service Road, Suite 102
Melville, NY 11747

The matter of **POMPER-V-COHEN & SLAMOWITZ** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **April 8, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

So Ordered:

*[signature]*
Lisa Margaret Smith
United States Magistrate Judge