08/19/2008 05:27 6314650045 MICHAEL MC AULIFFE PAGE 03/03
Case 7:08-cv-00884-CS-LMS  Document 9  Filed 08/21/2008  Page 1 of 1

FROM : ALAN POMPER    FAX NO. : 9149668054    Aug. 18 2008 01:38PM P1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ALAN J. POMPER,

          Plaintiff    Case No. 08CV/0884

  -against-    (CLB) (MLS)

COHEN & SLAMOWITZ, LLP., CHARIS FORD,    **STIPULATION OF**
ESQUIRE, DAVID A. COHEN, ESQUIRE, MITCHELL G.    **DISCONTINUANCE**
SLAMOWITZ, ESQUIRE, JOHN AND JANE DOE,    **WITH PREJUDICE**
ONE UP, EMPLOYEES OF COHEN & SLAMOWITZ, LLP,
EMPLOYEES OF THOMAS ROBERT STEVENS, ESQUIRE
AND THOMAS ROBERT STEVENS, ESQUIRE,

          Defendants.
----------------------------------------X

IT IS HEREBY STIPULATED, consented, and agreed by and between the undersigned, the attorneys of record for the parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action including counterclaim, be and the same hereby is discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Court.

Dated: Melville, New York
      August 19, 2008

Law Offices of Michael G. Mc Auliffe
Counsel to Defendants

By: _____
Michael G. Mc Auliffe, Esq. (mgm3024)
48 South Service Rd, Suite 102
Melville, NY 11747
(631) 465-0044

Dated: Yonkers, New York
      August 15, 2008

By: _____
ALAN POMPER

SO ORDERED
*Cathy Seibel*
8/20/08    USDJ